This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

No. A-1-CA-38971

**BEN A. MONDRAGON,**

Plaintiff-Appellant,

v.

**MAGGIE TOULOUSE OLIVER,**
**Secretary of State of New Mexico,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Bryan P. Biedscheid, District Court Judge**

Western Agriculture, Resource and Business Advocates LLP
A. Blair Dunn
Albuquerque, NM

for Appellant

Hector H. Balderas, Attorney General
Joseph M. Dworak, Assistant Attorney General
Nicolas Sydow, Assistant Attorney General
Erin Lecocq, Assistant Attorney General
Santa Fe, NM

for Appellee

### MEMORANDUM OPINION

**BOGARDUS, Judge.**

**{1}** Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired. **AFFIRMED.**

**{2}     IT IS SO ORDERED.**

**KRISTINA BOGARDUS, Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**MEGAN P. DUFFY, Judge**